# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 15-24617-CIV-LENARD/GOODMAN

ANDRES GOMEZ,                              )
On His Own Behalf, and On Behalf of        )
All Other Individuals Similarly Situated,  )
                                           )
      Plaintiff,                         )
                                           )
vs.                                        )
                                           )
BALANS BRICKELL, LLC,                      )
a Florida Limited Liability Company,       )
                                           )
      Defendant.                         )
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice, as the Defendant presently has a fully compliant web page and has taken measures to avoid non-compliance in the future. The parties agree that each party shall bear its respective fees and costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Louis Mussman | /s/ Rhonda A. Anderson |
| Louis Mussman, Esq. | Rhonda A. Anderson, Esq. |
| Florida Bar No. 597155 | Fla. Bar No. 708038 |
| Louis@kumussman.com | randersonlaw@gmail.com |
| Brian T. Ku, Esq. | Rhonda A. Anderson, P.A. |
| Florida No. 610461 | Ocean Bank Building |
| brian@kumussman.com | 2655 LeJeune Road, Suite 540 |
| Ku& Mussman, P.A. | Coral Gables, Florida 33134 |
| 6001 NW 153rd Street, Ste. 100 | Telephone: (305) 567-3004 |
| Miami, Florida 33014 | Facsimile: (305) 476-9837 |
| Tel: (305) 891-1322 | *Attorneys for Defendant* |
| Fax: (305) 891-4512 | |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

RHONDA A. ANDERSON, ESQ.
RHONDA A. ANDERSON, P.A.
Ocean Bank Building
2655 LeJeune Road, Suite 540
Coral Gables, Florida 33134

/s/ Louis I. Mussman
Louis I. Mussman, Esq.